[Criminal No. 552.　Filed June 18, 1923.]

[215 Pac. 1115.]

G. B. BARTLEY, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Yavapai. Richard Lamson, Judge. Affirmed.

Mr. C. C. Norton, Mr. Jacob Wavrunek and Mr. S. B. Pugh, for Appellant.

The Attorney General, for the State.

PER CURIAM.—The record in this case was filed October 4, 1922. That is all that has been done. We have examined the information upon which appellant was tried and convicted, the instructions to the jury, and the evidence, and find them free from prejudicial error. The judgment is affirmed.